Dismissed and
Memorandum Opinion filed July 15, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00036-CV

____________

 

EX PARTE ELIZIA RICHARDSON

 

 



On Appeal from the 87th District Court

Freestone County, Texas

Trial Court Cause No. 09-321A 

 

 

 



M E M O R
A N D U M  O P I N I O N

            This is an appeal from a judgment signed November 17, 2009. 
The clerk’s record was filed on December 28, 2009.  No reporter’s record was
filed.  No brief was filed.

            On May 20, 2010, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before June 21, 2010, the Court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).  Appellant filed no response.

            Accordingly, the appeal is ordered dismissed.

                                                                        PER
CURIAM

 

Panel consists of Justices Brown,
Sullivan and Christopher.